# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **John P. Kerr**.                         :          Chapter 13
                                              :          No.    **22-10166**
                                              :

# ORDER

AND NOW, this 8th day of February, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is FURTHER **ORDERED** that Debtors shall file all required documents with the Court on or before **February 23, 2022**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**