United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10166-elf |
| John P. Kerr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Kerr, 430 Ashley Dr., Hatboro, PA 19040-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANTHONY A. FRIGO | on behalf of Debtor John P. Kerr anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                         User: admin                              Page 2 of 2
Date Rcvd: Feb 08, 2022                      Form ID: pdf900                          Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **John P. Kerr**.                :         Chapter 13
                                         :         No.    **22-10166**
                                         :

**ORDER**

AND NOW, this 8th day of February, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is FURTHER **ORDERED** that Debtors shall file all required documents with the Court on or before **February 23, 2022**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**