# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 22-10166-ELF

JOHN  P. KERR

430 ASHLEY DR.

HATBORO, PA 19040-

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN  P. KERR

430 ASHLEY DR.

HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-

                                  /S/ Kenneth E. West

Date: 3/29/2022                    _____

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee