## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JOHN P. KERR<br>    Debtor | Case No. 22-10166-elf |
| U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1,<br>    Movant<br><br>vs.<br>JOHN P. KERR<br>    Respondents | Chapter 13<br><br><br><br>11 U.S.C. §362 |

### ORDER

**AND NOW**, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 49) is approved.

Date: 6/9/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**