## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>John P. Kerr a/k/a John Kerr<br>     Debtor | Case No. 22-10166-elf |
| | Chapter 13 |
| U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1,<br>     Movant | |
| vs.<br>John P. Kerr a/k/a John Kerr<br>     Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this  4th  day of          August          , 2022, it is hereby

**ORDERED** that the parties' Stipulation (Doc. # 60) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**