UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

IN RE:  **John P. Kerr**.                              :         Chapter 13
                                                                 :         No.    **22-10166**
                                                                 :

**NOTICE OF APPLICATION FOR COMPENSATION**

To the Debtor, Trustee, Counsel for Debtor(s), all Creditors and Parties in interest, NOTICE IS GIVEN THAT

1. That Anthony A. Frigo, Attorney for Debtor(s) in the above captioned case has filed a Motion for Allowance of Compensation and Reimbursement of Expenses with the United States Bankruptcy Court seeking approval of Counsel Fees in the amount of $6,000.00 and expenses in the amount of $358.00 for services rendered and expenses incurred on behalf of the Debtor in this matter.

2. That the above listed Motion for Allowance of Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court 3726 U.S. Courthouse, 900 Market Street, Philadelphia, PA 19107 and is available for inspection.

3. That any answer, objection, or responsive pleading with respect to the aforesaid Motion be filed with the Court, served upon Counsel for the Debtor within twenty (20) days of the date of this notice.

4. That in the absence of any answer, objection, or responsive pleading the Debtor's Counsel will certify that this Motion is unopposed and that an Order may be signed granting the relief requested.

                                                                                      RESPECTFULLY SUBMITTED

Dated:   August 12, 2022                                             /S/ Anthony A. Frigo
                                                                                      Anthony A. Frigo, Esquire
                                                                                      175 Strafford Ave. Suite One
                                                                                      Wayne, PA 19087
                                                                                      610.687.7784