IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN P. KERR,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>      Movant,<br><br>   v.<br><br>JOHN P. KERR, and<br>KENNETH E. WEST, Chapter 13 Trustee,<br>      Respondents. | Bankruptcy No. 22-10166-elf<br><br>Chapter 13<br><br>Related to Doc. No. 20 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Specialized Loan Servicing, LLC et al on March 4, 2022 at Document No. 20. The Debtor's Amended Chapter 13 Plan filed on August 11, 2022 at Document No. 63 resolves the Objection to Confirmation of Plan.

Dated: August 29, 2022

                                                                        Respectfully submitted,

                                                                        By: /s/ Keri P. Ebeck
                                                                        Keri P. Ebeck
                                                                        PA I.D. # 91298
                                                                        kebeck@bernsteinlaw.com
                                                                        601 Grant Street, 9th Floor
                                                                        Pittsburgh, PA 15219
                                                                        412-456-8112
                                                                        Fax: 412-456-8135

                                                                  *Counsel for Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee*