**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
| | | Filing Fee & Credit Report | Atty |
| 1/23/2022 | 2 | Initial Consultation with client. Prep Emergency Petiton. | Atty |
| 1/24/2022 | 0.6 | File emergency petition. Prep notice to county. Confirm reciept of Petition with County. Telephone consult with client regarding same. | Atty |
| 1/25/2022 | 0.1 | Review order re: Doocuments | Atty |
| 2/3/2022 | 0.4 | Review Notices of Appearance and Requests for Notices of Andrew Spivak for U.S. BANK and Rebecca Solarz for Deutsche Bank. | Atty |
| 2/7/2022 | 0.1 | Review Notices of Appearance and Requests for Notices of Andrew Spivak for U.S. BANK | Atty |
| 2/7/2022 | 0.4 | Prep and file Motion to Extend | Atty |
| 2/9/2022 | 0.3 | Review Order Granting Motion to Extend. Calander Date. Telephone consult with client. | Atty |
| 2/23/2022 | 5 | Prepare schedules and plan. File all schedules and Chapter 13 Plan. | Atty |
| 3/5/2022 | 0.2 | Review Notice of Meeitng of Creditors. Calendar Dates. | Atty |
| 3/5/2022 | 0.2 | Review Objection to confirmation of plan filed by Specialized Loan Servicing. | Atty |
| 3/23/2022 | 0.1 | Review two Praecipes to withdraw POC filed by CACH.. | Atty |
| 3/23/2022 | 0.2 | Review Objection to confirmation of plan filed by Deutsche Bank. | Atty |
| 3/29/2022 | 0.5 | Review Motion to dismiss for failre to file documents filed by Kenneth West. | Atty |

**EXHIBIT B**
**Time Summary**

| Date | Hours | Description | |
|---|---|---|---|
| 4/11/2022 | 1.2 | Meet with client re;DSO and Notice docs in anticipation of MOC. Prepare and scan documents and upload to Trustee website. | Atty |
| 4/20/2022 | 0.5 | Review Motion for Relief from the Stay regarding 1230 Fuller Street filed by Deutsche Bank. Telephone consult with client regarding same. | Atty |
| 4/27/2022 | 0.2 | Telephone consult with Trustee re: MOC and contiunance. | Atty |
| 5/2/2022 | 1 | Preparea and file Reponse to MFR filed by Deutsche Bank in regard to 1230 Fuller St. | Atty |
| 5/4/2022 | 0.4 | Review Motion for Relief from the Stay regarding 7105 Oxford Ave. filed by U.S. Bank. Telephone consult with client regarding same. | Atty |
| 5/8/2022 | 1.4 | Review File. Prepare for MOC | Atty |
| 5/9/2022 | 1.5 | Meet with client and prepare client for MOC. Attend MOC. | Atty |
| 5/9/2022 | 0.3 | Email consultation with opposing counsel re: MFR. Motion to be settle w/ stip. | Atty |
| 5/16/2022 | 0.2 | Telephone consult with Trustee re: Confirmation. Coanfirmation to be continued. | Atty |
| 5/24/2022 | 0.8 | Response to MFR 7105 Oxford Ave. | Atty |
| 5/24/2022 | 0.3 | Review Stipulation of Settlement with Deutsche Bank re: 1230 Fuller Street. | Atty |
| 5/31/2022 | 0.1 | Review and file Order on stip 1230 Fuller St. | Atty |
| 6/6/2022 | 0.2 | Review Stip on 7105 Montour St | Atty |

**EXHIBIT B**
**Time Summary**

| Date | Hours | Description | Role |
|---|---|---|---|
| 6/7/2022 | 0.4 | Review MFR re: 7314 Montour St. filed by U.S. BANK. | Atty |
| 6/7/2022 | 0.2 | Review Order on 1230 Montour | Atty |
| 6/10/2022 | 0.2 | Review Order on 7105 Montour | Atty |
| 6/21/2022 | 0.6 | Respone to MFR 7314 Montour. | Atty |
| 6/27/2022 | 0.2 | Telephone Consult with Trustee re: Confirmation. | Atty |
| 6/29/2022 | 0.2 | Review Amedned MTD. | Atty |
| 8/2/2022 | 0.3 | Review Stipulation 7314 montour St. | Atty |
| 8/4/2022 | 0.2 | Review Order for 7314 Montour | Atty |
| 8/4/2022 | 0.9 | Telephone consult with client re:case status and Documents required. | Atty |
| 8/10/2022 | 0.8 | Review Documents sent by client | Atty |
| 8/11/2022 | 4.25 | Amend Plan | Atty |

Total for Period   26.45