# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John P. Kerr aka John Kerr**<br>**Debtor(s)**<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1**<br>**Movant**<br><br>vs.<br><br>**John P. Kerr aka John Kerr**<br>**Debtor(s)**<br><br>**Kenneth E. West**,<br>**Trustee** | **BK NO. 22-10166 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW CERTIFICATE OF DEFAULT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 30, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
John P. Kerr aka John Kerr
430 Ashley Drive
Hatboro, PA 19040

<u>Attorney for Debtor(s)</u>
Anthony A. Frigo, Esq.
175 Strafford Ave, Suite One
Wayne, PA 19087

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>September 30, 2022</u>

**/s/Denise Carlon Esquire**
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com