**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN P. KERR, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  22-10166 ELF |
| | | : | |

**ORDER SCHEDULING SHOW CAUSE HEARING**

    **AND NOW WHEREAS**:

A. The Debtor commenced this chapter 13 bankruptcy case on **January 24, 2022**.

B. In his schedules, filed on **February 23, 2022** (Doc. # 16), the Debtor listed ownership of four (4) real properties:

   1. his residence, 430 Ashley Drive, Hatboro, PA ("Ashley Drive");

   2. 1230 Fuller St., Philadelphia, PA ("Fuller St.");

   3. 7105 Oxford Avenue, Philadelphia, PA ("Oxford Ave."; and

   4. 7134 Montour St, Philadelphia, PA ("Montour St.").

C. In the Debtor's Fourth Amended Plan ("the Plan") (Doc. # 92), filed on **October 3, 2022**, the Debtor provides as follows for the treatment of the mortgages secured by the above listed properties:

   1. Ashley Drive: cure of prepetition default of $130,445.08;

   2. Fuller St: cure of prepetition and postpetition defaults of $70,590.27;

   3. Oxford Ave.: cure of prepetition and postpetition defaults of $54,009.72; and

   4. Montour St.: cure of prepetition and postpetition defaults of $61,284.67.

D. Cure of prepetition defaults require maintenance of monthly instalments falling due postpetition.  See 11 U.S.C. §1322(b)(2).

E. According to the proofs of claim filed by the lenders holding mortgages on the above properties, the amount of the ongoing monthly instalments on the mortgages total approximately $4,598.00, as follows:

   1. Ashley Drive: $1,631.00;

   2. Fuller St: $1,182.00;

   3. Oxford Ave.: $869.00; and

   4. Montour St.: $916.00.

F. Beginning in the eighth month of the Plan (September 2022), the Plan requires the Debtor to make monthly payments to the Chapter 13 Trustee ("the Trustee") of $6,626.32.

G. The ongoing monthly mortgage instalments total approximately $4,598.00.

H. In the Debtor's Amended Schedule J (Doc. # 69), filed on **August 29, 2022**, the Debtor disclosed total monthly expenses of $3,453.10, which included the Ashely Drive monthly mortgage but which does not appear to make any reference to the three (3) other monthly mortgage payments.[1]

I. The monthly mortgage payments plus the Plan's Trustee payment total approximately $11,224.00 per month.

J. In the Debtor's Amended Schedule I (Doc. # 69), filed on **August 29, 2022**, the Debtor disclosed monthly income (from self-employment) of $10,500.00.

K. Based on the foregoing, the Plan does not seem feasible or, at least, its feasibility is not transparent.

---

[1] The Amended Schedule J also lists an expense for estimated taxes of $100.00 per month, an amount that seems dubiously low. Other expenses in the Amended Schedule J also seem artificially low.

L. The Plan was confirmed on the Trustee's recommendation by order entered on **October 19, 2022**.  (Doc. # 99).

M. Based on the foregoing, the order confirming the Plan may have been improvidently entered.

It is therefore **ORDERED** that:

1. A hearing shall be held on **November 1, 2022, at 11:30 a.m.** to consider whether the confirmation order should be **VACATED**.

2. The hearing will be conducted by video conference. The video link may be obtained from the Courtroom Deputy.

Date:  October 20, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**