**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> JOHN P. KERR | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 22-10166-ELF |

# **O R D E R**

    **AND NOW**, this \_\_\_\_13th\_\_\_\_ day of \_\_\_\_December\_\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AVENUE
SUITE ONE
WAYNE, PA 19087-

Debtor:
JOHN  P. KERR

430 ASHLEY DR.

HATBORO, PA 19040-