United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-10166-elf |
|---|---|
| John P. Kerr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Kerr, 430 Ashley Dr., Hatboro, PA 19040-1222 |
| 14666370 | + | Deutsche Bank National Trust Company,, as Indenture Trustee, for New, Century Home Equity Loan Trust 2006-1, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14667198 | + | U.S. Bank National Association, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14666191 | + | U.S. Bank National Association ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14666252 | + | U.S. Bank National Association, as Trustee, for Residential Asset Mortgage, Products, Inc., Mortgage A, c/o ANDREW L. SPIVACK, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 15 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:37 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 15 2022 00:20:00 | U.S. Bank National Association, as Trustee for Res, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14665161 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14700127 | | Email/Text: megan.harper@phila.gov | Dec 15 2022 00:20:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14664089 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 15 2022 00:20:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14666355 | ^ | MEBN | Dec 15 2022 00:16:41 | Deutsche Bank National Trust Company, as Indenture, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674639 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 15 2022 00:19:00 | Deutsche Bank National Trust Company, at. el, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14664090 | + | Email/Text: mrdiscen@discover.com | Dec 15 2022 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14665160 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664091 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | Dec 15 2022 00:20:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
|---|---|---|---|
| 14664092 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Dec 15 2022 00:20:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14667425 | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Dec 15 2022 00:20:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14666192 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Dec 15 2022 00:20:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14666116 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Dec 15 2022 00:20:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14670012 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 15 2022 00:20:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14666196 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14666896 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14666195 | *+ | U.S. Bank National Association ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14666895 | *+ | U.S. Bank National Association ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14666254 | *+ | U.S. Bank National Association, as Trustee, for Residential Asset Mortgage, Products, Inc., Mortgage A, c/o ANDREW L. SPIVACK, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

District/off: 0313-2            User: admin            Page 3 of 3

Date Rcvd: Dec 14, 2022            Form ID: pdf900            Total Noticed: 22

ANTHONY A. FRIGO
> on behalf of Debtor John P. Kerr anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

BRIAN CRAIG NICHOLAS
> on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
> on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com

KENNETH E. WEST
> ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
> on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
> on behalf of Creditor Specialized Loan Servicing  LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MATTHEW K. FISSEL
> on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

STEPHEN R. STARKS
> on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    **Chapter 13**
JOHN P. KERR

                    Debtor            **Bankruptcy No. 22-10166-ELF**

# ORDER

**AND NOW**, this ____13th____ day of ____December____, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AVENUE
SUITE ONE
WAYNE, PA 19087-

Debtor:
JOHN P. KERR

430 ASHLEY DR.

HATBORO, PA 19040-